FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA 2018 MAR -7 P 3: 37

Alexandria Division

CLERK US DISTRICT COURT
ALEXANDRIA VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Case No. 1: 18-mj- 114 |
| ) | Class A Misdemeanor |
| RICHARD BRENT KENNEDY,    ) | Court Date: March 9, 2018 |
| Defendant.                ) | |

## CRIMINAL INFORMATION

### COUNT ONE
### (CLASS A MISDEMEANOR)

THE UNITED STATES ATTORNEY CHARGES THAT:

*(Theft of Government Property of less than $1000 value)*

Between in or around February 2017 and in or around March 2017, in Prince William

County, Virginia, within the Eastern District of Virginia and elsewhere, the defendant,

RICHARD BRENT KENNEDY, willfully and knowingly sold, without authority, five (5)

Trijicon Advanced Combat Optical Gunsight rifle scopes (bearing serial numbers #320825,

#320828, #261755, #261756, and #261024) of a value not exceeding $1000, of the goods and

property of the United States, in violation of Title 18, United States Code, Section 641

(In violation of Title 18, United States Code, Section 641)

Respectfully submitted,

Tracy Doherty-McCormick
Acting United States Attorney

Lilian M. Timmermann
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal

Information will be mailed to the defendant on the ___7___ day of March, 2018.


Lilian Timmermann
Special Assistant United States Attorney